UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EXTENET SYSTEMS, LLC, a Delaware Limited Liability Company,<br><br>                                Plaintiff,<br>   v.<br><br>CITY OF KENT, a Washington State Municipal Corporation,<br><br>                              Defendant. | NO. 2:22-cv-00921<br><br>ORDER GRANTING CITY OF KENT'S MOTION TO EXTEND TIME<br><br>**(Clerk's Action Required)** |

THIS MATTER having come before the Court for hearing on Defendant City of Kent's Motion to Extend Time, the Court being fully advised and having reviewed the records and files herein regarding the Request:

Now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

The City of Kent's deadline to file an Answer in this matter is extended for an additional (21) days.

The new deadline for the City's Answer is: August 15, 2022.

Dated this 25th day of July, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING CITY OF KENT'S
MOTION TO EXTEND TIME
Page **1** of **2**

**CITY OF KENT**
Office of the City Attorney
220 - 4th Avenue South
Kent, Washington 98032
P: (253) 856-5770
F: (253) 856-6770

Presented by:

**CITY OF KENT**
Office of the City Attorney


By: s/Christina Schuck
Christina Schuck, WSBA No. 44436
Attorney for City of Kent
220 Fourth Avenue South
Kent, WA 98032
(253) 856-5770

ORDER GRANTING CITY OF KENT'S
MOTION TO EXTEND TIME
Page **2** of **2**

**CITY OF KENT**
Office of the City Attorney
220 - 4th Avenue South
Kent, Washington 98032
P: (253) 856-5770
F: (253) 856-6770